JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BONNIE STROHM, | Case No: CV13-6028 DMG(AJWx) |
| --- | --- |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [15]** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  March 26, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE